■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRANTLEY NICHOLAS, Also Known as NICHOLAS GRANTLEY, Appellant. [725 NYS2d 881] —Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered August 30, 2000, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to

withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Krausman, Goldstein and Crane, JJ., concur.